EXIBITS E1 thru E47

**E1**

ATTACHMENT FILED/REC'D

2024 SEP 20  A 10: 34

COMPLAINT FORM OF COURT
U.S. DISTRICT COURT
(for non-prisoner filers without lawyers) WI

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ **Western** _____ DISTRICT OF _____ **Wisconsin**    **7th Circuit**

(Full name of plaintiff(s))

**Jennifer Lynn Schmitz**

vs

(Full name of defendant(s))

**Milestone Materials**

**Mathy Construction Company**

**ALM Holding Company**

Case Number:

**24-cv-667-jdp**

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of **Wisconsin** and resides at

**3340 Airport Road    Rhinelander Wi 54501**

**DO NOT SEND**    (Address)    **MAIL HERE**

(If more than one plaintiff is filing, use another piece of paper).

*[signature]*    **18th September 2024**

Attachment One (Complaint) – 1

**Milestone Materials**

**Mathy Construction Company**     **ALM Holding Company**

2.   Defendant _____

(Name)

is (if a person or private corporation) a citizen of _____

and (if a person) resides at   **UnSure**     **UnSure**     (State, if known)

(Address, if known)

**UnSure**   and (if the defendant harmed you while doing the defendant's job)  **Milestone Materials**

worked for  **Mathy Construction Company ALM Holding Company**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)     **UnSure**

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

**E2**

## B  STATEMENT OF CLAIM

## Number 1

**Milestone Materials Mathy Construction Company**

**ALM Holding Company**

**Number 2**     **Number 3**     **Number 4**

**LOOK at Exibits E11 thru E15**

Attachment One (Complaint) – 2

E3

## Number 5

### GREEDY With MONEY

### Old FrontEnd Loader

### SEAT Would NOT Keep AIR

### Leaking Fluids ALOT

9, 18, 2024

Attachment One (Complaint) – 3    **Page 1**

E4

## EXTRA INFORMATION

Getting MRI for PROOF

Having Urination and Bowel problems  Because Of

Work Back Injury

Recently Right Thumb  Starting to go Numb

Have Not Received  ANY Workers Compensation YET

I Have ALL Original Documents  And Text Messages

I Have Many Text Messages for PROOF

Requested and Received Employee Profile Early On

So Do NOT Believe LIES

9.18.2024

Attachment One (Complaint) – 3        Page 2

**E5**

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

## PAST and PRESENT and FUTURE  LOST WAGES

## And Earning Capacity

## PAST and PRESENT and FUTURE

## Medical Expenses

## PAST and PRESENT and FUTURE  Retirement

## Agony from Mental and Physical Stress

## Because of Work Back Injury

Attachment One (Complaint) – 4

**E6**

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
              OR
☒    Court Trial – I want a judge to hear my case

Dated this **18th** day of **September** 20**24**.

Respectfully Submitted,

**Jennifer Lynn Schmitz**

Signature of Plaintiff

**715 360 0913**

Plaintiff's Telephone Number

**NOT ALLOWED for THIS to Many Problems with EEOC**

Plaintiff's Email Address

**P O Box 429 Rhinelander WI 54501**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

9.18.2024

Attachment One (Complaint) – 5